SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

OCT 11 2016

ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
__Northern__ COURT

Evelyn F. Fletcher                                          PLAINTIFF
(Plaintiff's name)

                                                            *LG*
VS.                          CIVIL ACTION NO: __3:16cv 792 RHW__
                                           (to be provided by the Court)

Wendy Spencer, Chief Executive Officer,                   DEFENDANT(S)
Corporation for National  and Community Service, Agency
(Defendant(s) name (s)

## COMPLAINT

COMES NOW, plaintiff, Evelyn F. Fletcher, pro se, and for cause of action against the
defendant(s),  Wendy Spencer, Chief Executive Officer, Corporation for National and
Community Service, Agency, would state:

## JURISDICTION

The incidents took place in Vicksburg, Mississippi at a Corporation for National and
Community Service (CNCS), Agency's work site.

## I.

Plaintiff is an adult resident of the County of Hinds, State of Mississippi.  The defendant
Wendy Spencer, Chief Executive Officer, Corporation for National and Community Service,
Agency is an adult resident citizen of the County of Warren, State of Mississippi.

## FACTS

Plaintiff is filing civil lawsuit because a hostile work environment was produced as a
result of Plaintiff reporting immediate supervisor to leadership and leadership not taking
immediate action to correct Plaintiff's former supervisor's action and bullying was allowed.
Plaintiff reported supervisor on the first day of employment with the agency.  As Plaintiff's
employment prolonged, the immediate supervisor's behavior worsening and leadership made

excuses for his behavior which cause Plaintiff to develop serious health and mental issues. Plaintiff has also experienced financial hardship due to being terminated from the agency. Please see additional attached documents.

## RELIEF

Plaintiff is seeking relief of attorney's fees and court costs. Plaintiff is also seeking $5,000,000.00 in restitution and the removal of terminal from Plaintiff's federal government records.

Respectfully submitted, this the __6th__ day of October, 2016.

_____
(signature of plaintiff)

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

Evelyn F. Fletcher

212 Wildwood Blvd.

Jackson, MS 39212

(601) 572-0679

October 6, 2016

To Sir or Madame of the Courts:

I worked for Corporation for National and Community Service (CNCS), AmeriCorps National Civilian Community Corps in Vicksburg, Mississippi as the Fleet Manager until Friday, August 23rd, 2013. I have experienced a hostile work environment, bullying, toxic leadership behavior from leadership at CNCS which has cause me to lose my job, caused depression and anxiety, financial hardship and inability to be reemployed. I am an African American female and I know that I was discriminated against in the workplace due to my race and my previous knowledge/experience. I have been terminated due to retaliation of filing an Equal Employment Opportunity Commission complaint with the agency. Mr. Christopher Wade Williams, Deputy Region Director of Operations, was my direct supervisor, who is a Caucasian Male. I have reported to him for eleven months and 27 days since I started with the agency on August 27, 2012. I had a face to face interview with him in July 2012. Mr. Williams reports to Mr. Donald Clark, Region Director, a Caucasian Male. Mr. Clark has been in that position for approximately four or five months. The position was held by Mr. Charles Davenport as the interim Region Director, an African American Male prior to Mr. Clark for approximately three months. Prior to Mr. Davenport temporary appointment, the Region Director was Mr. Gary Turner, African American Male, for one day after I started.

On August 27, 2012 (my first day of work), my first-line supervisor, Mr. Williams informed me of his negative opinions about my new co-workers. On my first day of employment with the organization, Mr. Williams gave me an office tour. We went downstairs to the supply area so he could show me the office where I was going to be working. He wanted to sit and talk about the campus. So we did. Mr. Williams told me that Gary really does not know what he is doing and is incompetent in his job. He stated he had to fight for me to get the job in the organization and that Gary did not want anyone from the Army, but that he (Mr. Williams) had gotten me employed. I asked him who Gary was because I didn't know who he was speaking of at that time. He stated that he was talking about Gary Turner, the Region Director. It made me feel like Gary really did not want me employed with organization and I felt Mr. Williams was out of place for telling me that his supervisor didn't want to employ me. He stated Mary Kathy Hopson-Ricks, Caucasian Female, Deputy Director of the Unit Department, was incompetent in her position. He said he waited around until this position opened up but she really does not know what she is doing. He told me that people in the building were sleeping together. He stated Jen Prall, Look Asian Female and Brendan Murphy, Caucasian Male, were sleeping together. I did not know any of the people he was discussing. He said Mr. Turner was the Director and allowed people on staff to sleep together. He told me Kelvin Rankins, African American Male, was hired to work with the FEMA group. Mr. Williams stated that Mr. Rankins does nothing and he did not know why they hired him. He told me that David Cooper, Caucasian Male, was a big baby and that everyone laughed at him so he messes with him in an aggravated manner all of the time to see what he will do.

All of this told to me my first four hours of me being employed by the organization. These statements made me feel very uncomfortable. I told the interview panel (Mr. Williams, Mr. Turner and Ms. Te'Ambreya Moore) during my interview that I come to work to work, I didn't like mess or controversies and I am a woman of God. I informed them then that I liked to get the work done and then go home. Mr. Williams' statements were all against everything I told them I was during my interview. I knew I could not trust him with any of my business because I knew if he was telling me of all of this, he would do the same to me. He did not work as a supervisor would usually do and make sure the new employee's Human Resources paperwork was done as my new employee's checklist (that was given to me by another department's director, Richard Smith) stated. Instead of doing this paperwork according to the checklist, he told me "dirt" on other staff members. Mr. Williams did not manner himself as a director on my first day of work nor thereafter.

page 1

On August 27, 2013, I spoke to Mr. Turner in the afternoon. Mr. Turner asked me to come in for my welcome on board brief from the Regional Director and met with him at around 1:00 P.M. Mr. Turner asked if they were taking care of me. I told him I really do not want to be here. I told him what happened the first half of the day with Mr. Williams. He told me to go and get on a computer in the computer lab because he needed me to make a sworn statement today. I spent the rest of my day creating my statement, finished at home, and Mr. Turner reviewed it the next day and I signed it and gave it to him. I am not aware of any actions that occurred out of my statement. He told me he was going to give it to Ms. Rafftery and I know she did receive the statement. Mr. Williams told me he knew I wrote a letter in support of Mr. Turner. I did not write a letter in support of Mr. Turner; I documented what Mr. Williams stated on my first of work to my senior supervisor, Mr. Turner. I did not know there was an issue between the two of them at that time. After Mr. Williams was made aware that I had reported him to the Director the first day of my employment, Mr. Williams had it out from me from day one.

Between the dates of August 28-30, 2012, Mr. Williams asked me to falsify the mileage report in the GSA Drive-Thru system for Fleet Managers because he was unable to find keys to several vehicles to report the odometer readings. I do not recall the exact date because I was just starting at this time. We had a class in session, and he told me that the mileage report needed to be completed. I started on August 27, 2013, and this occurred not too long after I began with the organization. Mr. Williams asked me to complete a task of completing the mileage report. He stated someone had started on this report and I needed to complete the report. I went to the file cabinet where the fleet keys were supposed to be, and found keys for some of the vehicles. There were keys that were missing, and I told Mr. Williams this information. I still did not have a computer at that time to send an email. Mr. Williams told me to just look at the last mileage on the sheet and to add a few miles. I decided I was not going to take this action because I know not to just add inaccurate miles to a report. I talked to David Cooper, previous Resident Coordinator, asking him if he knew where I could find more keys. We searched the supply area and Mr. Williams's office, where we found the keys in a red bag. I know that it is not right and you don't tell someone to falsify mileage in the system. It is supposed to be an accurate system. I refuse to make a dishonest and unethical decision. Mr. Williams' desire was to complete the task by any mean possible. It did cause a hostile work environment, and he should not put me, his subordinate, in a position where I needed to tell a lie to complete a tasking. If my dishonest action was ever questioned, I would have to say that I did on his instruction in which he could deny. Mr. Williams' actions made me feel uncomfortable, not desiring to work for the organization and put me in a bad situation very soon after accepting this position.

I told Mr. Turner about this matter around the week of September 3, 2013. He was on leave at that time. He was the person I knew to tell in my chain of command. He just told me to document this information. I later spoke to Kate Rafftery, the CEO for the organization, in Washington, D.C. This was my third week in the position. Some actions that Mr. Williams was exhibiting were making me very uncomfortable. I shared this information with Ms. Rafftery via a telephone conversation. She stated there was an interim Director who was coming to campus, she would speak with him about the situation and I could speak with Mr. Davenport about my concerns. I did contact Mr. Davenport during his first week here, which was prior to the first week of October 2012. I discussed with Mr. Davenport the concerns I was having with Mr. Williams. He stated he would discuss them with Ms. Rafftery and get back with me. I told him that I want to quit due to Mr. Williams. He asked me not to quit, and that he would see what was going on. I went back to him again because more incidents had occurred. I told him that I felt disrespected by Mr. Williams by his tone of voice and things that he was saying. There was a Staff Team Leader that was an African American male, Adam Edwards, and Mr. Williams did not like him, so he did not treat him with respect, made unpleasant statements about him, and would make him go on road trips and work long hours which posed unsafe conditions. He did this with Mr. Edwards but did not do this with the Staff Team Leaders we have now, who are Keith Cross (Hispanic Male) (Mr. Cross's sister is Mr. Williams' upper level supervision in Washington, D.C.), Tanner, last name unknown,

*Page 2*

(Caucasian Male), and Alex Mace (Caucasian Male). Mr. Williams allows Mr. Cross to conduct himself in manner that is disrespectful to staff and Corp members. Mr. Williams always was telling the "dirt" about everyone, which I do not need to or desired to know. I told Mr. Davenport that I did not feel Mr. Williams treated me with respect nor respected my position within the organization. Mr. Williams told me to go and say something provoking to Te'Ambreya Moore because she was mad at him just to aggravate her. He told me he just likes to see her upset. He also told me to do this with another co-worker also and he likes to see them pout. He was referring to David Cooper (Caucasian Male) and Ms. T. Moore because he took these same actions towards both of them. I did not understand why he was provoking negative behavior from his employees. It was not once or twice; it was funny to him on a continuous basis.

He stated later in 2012 to me that other staff did not like me because I had a very military manner and because I am organized. He told me that Ms. Hopson-Ricks and Mr. Murphy did not like me and told me that he was telling me for my own good not to talk to them. It made me uncomfortable since day one of him sharing this information because he indicated no one liked me. I went and talked to Ms. Hopson-Ricks during the Thanksgiving holiday week on my own to get clarity to Mr. Williams' comments and she stated she had never said that about me, and then this lightened the air for me with her. I have never gone to lunch with Mr. Williams because my good judgment (soul) would not let me. He has asked me to go to lunch with him and Ms. Ford several times in which I refused.

I was told later by Monica Ford (African American Female), Joi Robinson (African American Female), Natasha Moore (African American Female), Te'Ambreya Moore (African American Female), Kelvin Rankins (African American Male), David Cooper (Caucasian Male) and Justin Fuller (African American Male) were told some of the same statements about other staff and the Regional Director, Gary Turner by Mr. Williams. Since me reporting Mr. Williams to leadership, he has continued to create a hassle work environment for me and my African American co-workers. There were several subsequent instances at that time that indicated to me that this action was part of continuous harassment. Mr. Williams pointed his fingers at me and yelled at me when I answered questions for an investigation from Office of Inspectors General Counsel for the agency in a truthful manner. This took place in December 2012. I found out information from Ms. Robinson, who started in December 2012 with a snappy attitude. She told me that before her official start date of employment with the organization, Mr. Williams told her to not talk to me and that I was connected with Mr. Turner in trying to get Mr. Williams fired. It was very hostile because he was telling a new employee untrue statements (lies) about who he thinks I am. Mr. Williams has always associated me with Mr. Turner. If a staff member goes to lunch with Mr. Williams then he/she is consisted on "Mr. Williams' team" and if not, then he/she is against him. I have never been favored by Mr. Williams because I do not go to lunch or allows his negative comments. The others staff have gone to lunch with him. He has never taught me anything in my position. Everything I have learned to accomplish the job & mission, I had to learn it on my own and already knew from previous positions. I have several recordings of me and Mr. Williams' conversations.

I went to the doctor in November and December of 2012 and I was diagnosed in December with Hypertension/ High Blood pressure due to stress at the job. My doctor has known me for five years, and asked me what had changed recently. The only thing was the new job. Since working with the organization, I am having headaches, migraines and abnormal menstrual cycle all of the time. I have to get migraine shots. This has never happened before and I am 36 years old. After I started working for CNCS, I stopped running five miles a day because work is always not organized and my supervisor is not organized. Everything is the last minute so I have to cancel my plans with my outside of work activities. Mr. Cooper and I were doing four jobs (SSS, Resident Coordinator, Fleet Management, and Logistic Assistant) in which Mr. Williams would not hire for SSS and Logistics Assistant. My job has been very stressful starting August 27th, 2012.

*page 3*

I feel that he is disrespectful to the African American females. He is argumentative about everything. It is something negative from Mr. Williams every single day. Nothing is ever good enough. He will tell other people I am incompetent which creates an uncomfortable and hostile work environment. I received a good evaluation from Mr. Williams in January. I can't be incompetent when the job is being done by me.

I had no one to talk to and was not given the proper entry into the agency in the beginning. I had to research myself on how to file an EEOC complaint because that was never given to me by my supervisor as a new employee. I had talked to everyone in management and I did not know who else I could talk to. I know that Mr. Williams makes false statements to management to cover himself. He makes false statements to other staff to gain attention and an advantage of getting people to favor with him.

I told Ms. Rafferty on December 11th or 12th, 2012 and told her I was diagnosed with hypertension and she stated they did not want that. She stated she would talk to Mr. Davenport and that they would try to get me out of the office on time. The behavior of Mr. Williams has not changed, even after all of my conversations with upper management. His actions were becoming more forceful towards me because he knew that I had been emailing Ms. Rafferty and Mr. Davenport. I don't know how to handle all of this without being insubordinate so I have minimal conversations and contact with Mr. Williams. I recorded the conversation between Mr. Williams and I (I have the recording) after he found out that I had contacted the Inspectors General Office and his leadership about his behavior. The hostile work environment was getting worse and his behavior has now become bullying in the workplace. He used his superior strength or influences with headquarter's leaders (Gina Cross and Kate Rafferty) to intimidate me and other employees, typically to force us to do what he wants. I was bullied when I exposed, repeatedly and over time, to negative actions on the part of Mr. Williams' behavior, and I had difficulty defending myself because leadership supported him in his wrong doing. I have reported Mr. Williams several times within the first six months with no corrective action to Mr. Williams.

I believe my race was a factor because I see the difference in how he treated me compared to Caucasian females at work. It is totally different and because we (Ms. T. Moore, Ms. N. Moore, Ms. Robinson and I) are on his team, it is even worse. Ms. Carlock who is on our team is allowed to telework (on the shared calendar for the campus) from home without taken personal leave or sick leave. Ms. T Moore, Ms. N. Moore and I have been told that we are not allowed to telework, alternate work schedule nor change work time to commute to work together. I was sick at home with the flu for two weeks and was made to take sick leave and could not telework to not waste leave days. This is clearly not equal opportunity of the policies and procedures of the organization.

I came into my office one day, exact date unknown, and Mr. Williams told Mr. David Cooper to tell me to come and see him about her time cards because I had credit hours on my time card and he wanted to question me about whether I worked. He discussed all of our HR matters with each other in the operations department. When I returned to the office, Mr. Cooper told me that Mr. Williams wanted to see me and that Mr. Williams had shared details about my timecard. Mr. Williams always questions us when he is mad at you and will make havoc for you. I have a background in Human Resources and I know that employees' information, issues or concerns cannot be discussed with people that are not in need to know positions, i.e. peers and co-workers. I allege this is harassment towards me for the same reasons as mentioned before. He did not like me from day one. He has not liked me being on staff since I wrote that statement on my second day of work.

I talked to Mr. Davenport the day after I spoke to Mr. Williams and asked him why Mr. Williams was discussing my time card. Mr. Davenport indicated he would talk to Mr. Williams. This was always the answer, but nothing changed at work regarding Mr. Williams' behavior.

page 4

The Office of Inspector General (OIG) for CNCS conducted an investigation on our campus in reference to Mr. Williams driving his assigned government vehicle home several times and a van being missing from our campus. The investigation took place during the week of December 17, 2012. They asked me to respond to what questions that they needed answers too. The investigator told me that they know that I have a personal relationship with Mr. Turner based on the allegations made by Mr. Williams. I was interrogated by OIG and they asked me if they had phone records that showed I called Mr. Turner what would I say, and if they said that someone saw us out at together, what would I say. I believe that this was due to Mr. Williams' statements to them. I also became aware of his belief that I was having a personal relationship with Mr. Turner when Ms. N. Moore asked me to listen on a three way call with her and Mr. Williams in December 2012, exact date unknown. Mr. Williams stated the only reason she was acting this way is because of me. He did not know I was on the line and her situation had nothing to do with me. She was addressing him discussing her time card with Ms. T. Moore. He tried to turn the conversation around and began to discuss me with Ms. N. Moore and told her that he thought I had something going on with Mr. Turner. I heard Mr. Williams for myself on the call and no one told me that he said it. I was shocked to hear with my own ears Mr. Williams making false allegation about me being with Mr. Turner. I know the comments were inappropriate. He should not make up false information. His statements have caused a separation with his staff team. I became aware of this information due to the investigation conducted by OIG and the questions they asked, based on his statements to Ms. N. Moore, conversations with Ms. Ford, Ms. Robinson, and Mr. Klockars' conversation with Ms. N. Moore and Ms. T. Moore. I don't have a relationship with Mr. Turner, a personal nor a professional relationship. I met him at my interview, my first day of work, and the second day of work. Between August and December 2012, when I found out the truth why Mr. Turner was not here, he would contact me while he was dropping by and he would call me on my cell phone to check on me and my daughter. I accepted calls from Mr. Turner and called Mr. Turner because at the time he was the Regional Director. Mr. Williams would tell Monica Ford to not talk to me because I had an alleged relationship with Mr. Turner and I was "stabbing him" in the back. Mr. Williams assumed that Mr. Turner and I were having a relationship because we were both African American. I later found out that Mr. Williams and Mr. Turner had issues with each other prior to me starting employment with the organization. I had no knowledge of this until Ms. Rafftery had a conference call about Mr. Turner being displaced as the Regional Director.

I feel disrespected as a woman because Mr. Williams assumed that because I was a woman and Mr. Turner was a man that we had to have a personal relationship. I know this was harassment when I was sick for two weeks. He asked me to come into work to air up a tire during the time I was out sick. I was not supposed to leave my house and I did anyways, in the sleet and snow, and then went back home. He tries to do things to me because he believes I am against him. He had me to drive one hour commute into work during an area hurricane but the other staff stayed at home to include some of operations staff (Ms. N. Moore and Ms. T. Moore). I am not key essential personnel for the campus. Mr. Cooper came to work because he lived on the campus.

I talked to Mr. Davenport about the allegations about Mr. Turner and I. He was nearing his departure time from the campus. He said he would talk to Mr. Williams. I have told Mr. Davenport and put it in writing to Mr. Williams that Mr. Williams' actions were harassing in nature. I sent this same email to Ms. Rafftery. I asked Mr. Williams to stop creating a hostile work environment. No one provided a response to my email. I sent the email on December 11, 2012.

Mr. Williams, my first-line supervisor informed new employees not to associate with me and told Corp Members and team leaders not to come to me for anything because I was mean and ran the fleet manager's office like the military. Mr. Williams made these statements from the beginning and makes these statements continuously. He has told staff and Corp members that I am mean and that I run my office like the military. He has also given me threat warnings that the members can give me as staff a bad evaluation to Ms. Rafftery and she can let me go without cause. This caused an uncomfortable work

Page 5

environment for me. I have done absolutely nothing in a negative manner to Mr. Williams other than telling the truth about his behavior (he considers this negative in manner). He says often that he is being stabbed in the back with a knife by staff on this team.

Ms. Hopson-Ricks indicated he made this statement to her. Brendan Murphy (Caucasian Male) asked me if there was a reason I did not like him. I told him that I did not understand what he was talking about and said I was told he never liked me. He said Mr. Williams told him I did not like him. Monica Ford, Joi Robinson and Mr. Klockars have heard him make these statements about me. I had never had personal conversation with Mr. Klockars. When I first met him in October/ November 2012 I found out that he was previously employed on campus. I speak in greeting but I have not spoken to Mr. Klockars in conversations because of Mr. Williams and this creates an environment that is hostile.

On December 13, 2012, when the group graduated, several Corps members, names unknown, told me that they never talked to me because they were told by Mr. Williams that I was mean. Mr. Earl Harrison (Caucasian Male), who was over Headquarters Operations at all of the campuses, called me several times and told me there were times where they have to take an action to get the mission done. He said that I could not run my office like the military, and that I could get more out of being nicer. I asked him how he knew I was military, and he said he knew these things. He asked on another occasion if I was being nice yet. These statements let me know Mr. Williams was discussing what was going on with him. I do not know how he would believe that I am mean and run the office like the military; I have never met him. I think Mr. Williams has said negative things about me to those in DC even to the new director, Mr. Don Clark.

Mr. Williams did tell me to not talk to Mr. Cooper because he was a pouter. He talks negatively about everyone unless you go to lunch with him or believe his far-fetch stories. He is on the phone almost all the time. He goes to lunch with Mr. Klockars and Ms. Sharee Carlock. The lunch thing has even filtered over to the new Director, Don Clark. Mr. Williams went to lunch with Mr. Clark the first week here, and I went and talked to Mr. Clark. I told him that I know Mr. Williams' allegations are not true. People on staff know what luncheons with Mr. Williams consist of—negative discussions about other staff members. Mr. Clark stated that no matter what someone tells him he will draw his own conclusions about people. Since the EEO complaint, Mr. Clark does not talk to the African American women and is exhibiting some of the behaviors that Mr. Williams is exhibiting. Mr. Clark doesn't offer daily greetings to me, Ms. Ford, Ms. T. Moore, Ms. Robinson nor Ms. N. Moore. We are being overlooked, ignored and singled out at the agency as employees.

Ms. Monica Ford is a witness that has direct knowledge about my claim. She has gone to lunch with him often in which he talked negative about me often since I started working with the organization. Mr. David Cooper, Mr. Justin Fuller, Ms. Joi Robinson, Ms. Natasha Moore, Ms. Te'Ambreya Moore, Mr. Richard Smith, Ms. Mary Kathy Ricks-Hopson are witnesses that has direct knowledge about my claim. The maintenance/ cleaning team and security guards on campus have witnessed Mr. Williams' behavior. Mr. Williams treated the security guards, cleaning and maintenance team, who are all African American, like second class citizens.

I would like Mr. Williams to no longer be in his position and in my line of supervision or in the line staff in which I have to perform my job. I believe I should be compensated for all of the harassment, my medical issues & expenses and for management not resolving this issue since August 27th, 2012. I feel Ms. Rafferty further assisted with the hassle work environment as the CEO of the Organization because she has allowed Mr. Williams to continue this behavior and that she has shared with him the emails that I have sent to her about him. Mr. Don Clark is allowing the environment to be uncomfortable to work because he is now close friend with Mr. Williams and is acting like him.

page 6

I went to military duty on August 1st and returned to work on August 20th. I knew something was taking place in the office because I could not log into the network system, my email account, the timesheet account (WebTA) nor the travel system (E2 travel). I had to call to the help desks for the agency for the appropriate accounts. I had a feeling something was wrong that day. Mr. Williams told me at the end of the day that Mr. Clark requested a meeting with me on the next day, August 21st at 10:00 am. Mr. Williams, my supervisor, knew that I requested leave for the 21st because I had two appointments on that day. I called Mr. Clark on his government cell phone to request a change in date because I would not be in the office on the 21st of August. I told him that I could not reschedule my appointments. He told me that he would see what he had on his schedule for Thursday, the 22nd of August and he would get back to me. On Wednesday afternoon at 4:55 pm, Mr. Clark called me and stated that I had been placed on Administrative Leave and that he had mailed me out a letter in which I should receive on Thursday morning and that he would call me on Thursday afternoon at 3:30 pm and discuss the letter. I received a termination letter in the mail on Thursday morning via UPS. The letter stated that I was no longer employed by the agency as of close of business, August 23rd, 2013. The allegations on the terminations letter had not been brought to my attention at any time nor have I been counseled verbally or in writing about any of the allegations. I know this termination is a result of me being a whistleblower from my first day on the job, me filing an EEOC complaint and my supervisor's desire to get rid of the African American women from his team. As of present time, three of the four African American women have been terminated from Mr. Williams' team with the fourth female quitting.

Leadership of CNCS allowed Mr. Williams to behave in an intimidating or harassing manner with threats or other conduct which in any way create a hostile environment, impair agency operations; or frighten, alarm, or inhibit others. Psychological intimidation or harassment includes making statements which are false, malicious, disparaging, derogatory, rude, disrespectful, abusive, obnoxious, insubordinate, or which have the intent to hurt others' reputations in which I experienced while employed by CNCS. Threatening or intimidating behavior and violent acts is viewed as a job conduct problem. However, the CNCS agency didn't address the negative behavior of Mr. Williams in which I am blaming Ms. Rafferty and holding the agency responsible for the improper behavior or lack of effective leadership. It is management's moral and business responsibility to keep all employees safe and work productivity and professional and not personal.

I have received a right to file letter from the U.S. District Court on July 18, 2016. I desire to file a civil lawsuit in this court because these events have greatly affected my life and my family's lives and ineffective leadership has caused suffering. I feel I have been a very reasonable and not hypersensitive to any of these situations. I desire for the court to assign a court appointed attorney because I have been unable to retain an attorney myself.

Very Respectful,

Evelyn F. Fletcher
Evelyn_f_fletcher@yahoo.com
(601) 572-0679 cell phone

Page 7