```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

EVELYN FLETCHER                                              PLAINTIFF

VS.                                   CIVIL ACTION NO. 3:16CV792TSL-RHW

CEO WENDY SPENCER, ET AL.                                   DEFENDANTS

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on June 19, 2017, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on June 19, 2017, be, and the same is hereby adopted as the finding of this court, and the complaint is hereby dismissed for failure to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 11th day of July, 2017.

                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE